IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI



PAMELA BEACHER                                                PLAINTIFF

VS.                                        CIVIL ACTION NO. 5:05CV201DCB-JCS

ALBERT L. DAVIS AND STATE FARM
MUTUAL AUTOMOBILE INSURANCE COMPANY,
JOHN DOES 1-10, AND XYZ CORPORATIONS 1-10              DEFENDANTS

### FINAL JUDGMENT OF DISMISSAL OF ALBERT L. DAVIS

THIS DAY this cause having come on for hearing on the joint motion of the parties <u>ore tenus</u> for dismissal with prejudice of all claims and/or Crossclaims of Plaintiff and State Farm against Albert L. Davis, and the Court, being advised that the above styled and numbered cause has been compromised and settled,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Albert L. Davis be and is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** on this the 3rd day of November, 2005.

_____
U. S. DISTRICT JUDGE

AGREED TO:

_____
PHILIP E. CARBY
ATTORNEY FOR PLAINTIFF

_____
PHILIP W. GAINES
ATTORNEY FOR STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY