IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

Pamela Beacher                                                                                          PLAINTIFF(S)

VERSUS                                                       CIVIL ACTION NO.  5:05cv201-DCB-RHW

State Farm Mutual Automobile Insurance Company, *et al.*                              DEFENDANT(S)

### ORDER OF DISMISSAL

All parties having agreed to and announced to the Court an agreement to enter into binding arbitration of this case, and the Court being desirous that this case be finally closed on its docket,

IT IS ORDERED that this case is hereby dismissed with prejudice as to all parties.  If any party fails to consummate this agreement within sixty (60) days, any aggrieved party may reopen the case for enforcement of the agreement within ten (10) days, and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.  This Court specifically retains jurisdiction to enforce this agreement.

SO ORDERED this the 8th day of  November, 2006.


                                                                        s/ *Robert H. Walker*
                                                                        United States Magistrate Judge